UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DUANE PHILLIP JONES,
    Defendant.

Case No. 06-cr-273 (CKK/ZMF)

**ORDER**
**(January 24, 2025)**

This case comes before the Court upon the receipt of a Magistrate Judge Zia M. Faruqui's [129] Report and Recommendation dated January 3, 2025. This matter was referred to a Magistrate Judge for a Report and Recommendation concerning alleged violations of Defendant's supervised release detailed in a Probation Office petition, ECF No. 118, filed on June 11, 2024. Magistrate Judge Faruqui issued his [129] Report and Recommendation after holding a preliminary hearing on violation on July 23, 2024, status hearings on August 19, 2024, and September 19, 2024, and a final hearing on violation on November 22, 2024. The Report and Recommendation indicates that:

> The Defendant has taken full accountability for the violations. In fact, the Probation Office noted in their original petition that, after failing to report for three meetings in a row with his probation officer, Mr. Jones voluntarily admitted to his drug use. Despite being the primary caregiver for his dying mother, the Defendant continued to seek employment opportunities and attend regular per group meetings. All things considered, Mr. Jones is an example of a person taking accountability for his actions and steps to ensure his mistakes are not repeated.

Report and Recommendation, ECF No. 129, at 2. The Report and Recommendation recommends that:

Given the above facts, the parties' joint request, the factors set forth in 18 USC §3553(a), as well as the Chapter Seven Policy Statements of the Sentencing Guidelines, and that there are only four months left on Defendant's supervision, the undersigned recommends as follows: a finding that the Defendant violated his conditions of release as stated in the June 11, 2024 petition and his supervision be terminated as unsuccessful.

Report and Recommendation, ECF No. 129, at 2-3. No objections to Magistrate Judge Faruqui's Report and Recommendation have been received by the Court.

Accordingly, it is this 23rd day of January 2025,

**ORDERED** that the Report and Recommendation, ECF No. 129, is hereby ADOPTED IN FULL.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

2